UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA TINKY MNYANDU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, OFFICE OF THE DISTRICT ATTORNEY, DDA ANTHONY COLANNINO, VITTORIO RACOWASKI, THE SCHOOL BOARD OF THE LOS ANGELES UNIFIED SCHOOL DISTRICT, JOHN MCLAUGHLIN, ANA GRAY, MARICIO AROCHA, AIDA CROOSTHWAITE, JOAN SCHNEIDER, CHARLIE HILL, LOS ANGLES UNIFIED SCHOOL DISTRICT SEDGWICK CMS, JEFFREY ROSE, LESLIE LUNSWAY and DOES 1-10,<br>　　　　Defendants. | CASE NO. CV 14-6485 DSF (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint (FAC), all the records and files, and the Report and Recommendation of United States Magistrate Judge as to Motion to Dismiss of Defendants County of Los Angeles, Office of the District Attorney, Deputy District Attorney Anthony Colannino, and District Attorney Investigator Vittoro Racowschi.  Plaintiff has not filed any written objections to the Report.  The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Motion to Dismiss of Defendants County of Los Angeles (COLA), Office of the District Attorney, Deputy District Attorney Anthony Colannino, and District Attorney Investigator Vittoro Racowschi is GRANTED in part, as follows:

The FAC's *Monell* claims are DISMISSED with leave to amend to state a *Monell* claim against COLA for actions taken by county employees other than employees of the Office of the District Attorney. In addition to allegations satisfying *Monell*, any such claim must allege a violation of a federal statutory or constitutional right to state a claim for malicious prosecution under Section 1983.

The First, Second, and Third claims for relief against Defendants Colannino and Racowschi are DISMISSED with leave to amend to state a claim for malicious prosecution under Section 1983 for actions taken not as a prosecutor.

The FAC is DISMISSED WITH PREJUDICE as to all claims against the Office of the District Attorney and all individuals working for the Office of the District Attorney to the extent such individuals are sued in their official capacity.

The FAC is DISMISSED WITH PREJUDICE as to all claims against COLA for any actions taken by the Office of the District Attorney.

The FAC is DISMISSED WITH PREJUDICE as to Deputy District Attorney Colannino for actions he took as a prosecutor.

The Court will set a date for plaintiff to file her Second Amended Complaint after all pending motions to dismiss the FAC have been resolved.

DATED: 6/5/15

DALE S. FISCHER
United States District Judge