UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA TINKY MNYANDU,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, OFFICE OF THE DISTRICT ATTORNEY, DDA ANTHONY COLANNINO, VITTORIO RACOWASKI, THE SCHOOL BOARD OF THE LOS ANGELES UNIFIED SCHOOL DISTRICT, JOHN MCLAUGHLIN, ANA GRAY, MARICIO AROCHA, AIDA CROOSTHWAITE, JOAN SCHNEIDER, CHARLIE HILL, LOS ANGLES UNIFIED SCHOOL DISTRICT SEDGWICK CMS, JEFFREY ROSE, LESLIE LUNSWAY and DOES 1-10,<br>    Defendants. | CASE NO. CV 14-6485 DSF (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge Re Motions to Dismiss of Defendants Joan Schneider and Mauricio Arocha.  Plaintiff has not filed any written Objections to the Report.  The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

1    IT IS ORDERED that the motions to dismiss of defendants Schneider and Arocha are GRANTED and that plaintiff's claim for malicious prosecution as to defendants Schnieder and Arocha is dismissed without leave to amend.

The Court having resolved all pending motions to dismiss the First Amended Complaint, plaintiff is granted 30 days from the date of this order within which to file a Second Amended Complaint that cures the deficiencies the Court previously found with respect to the following claims and following parties:

(1)  The First Claim for relief as to defendants Hill, Rose, Lunsway and Sedgwick;

(2)  The First, Second, and Third Claims for relief as to defendants Colannino and Racowschi for actions not taken as prosecutors;

(3)  The Second Claim for relief as to defendant Sedgwick;

(4)  The Fourth Claim for relief as to defendants Sedgwick, Rose, and Lunsway; and

(5)  The *Monell* Claim against County of Los Angeles for actions taken by County employees other than employees of the Office of the District Attorney.

DATED: 10/23/15

DALE S. FISCHER
United States District Judge

2