UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 14-6485 DSF (FFMx) | Date | 2/11/16 |
|---|---|---|---|
| Title | Pamela Tinky Mnyandu v. County of Los Angeles, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order DENYING Motion for Preliminary Injunction (Dkt. No. 156)[1]

The motion for preliminary injunction is DENIED because Plaintiff has failed to show a likelihood of success on the merits.

IT IS SO ORDERED.

---

[1] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for February 16, 2016 is removed from the Court's calendar.