UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAMELA TINKY MYANDU, | ) | No. CV 14-6485 DSF (FFM) |
| Plaintiff, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| COUNTY OF LOS ANGELES, *et al.*, | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge Re Motions to Dismiss and Motion to Strike Second Amended Complaint ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that: (1) The motion to dismiss of defendant County of Los Angeles is GRANTED; plaintiff's claims against County of Los Angeles are dismissed with prejudice; (2) The motion to dismiss of defendant Charlie Hill is GRANTED; plaintiff's claims against Hill are dismissed with prejudice; (3) The motion to dismiss plaintiff's §1983 claim of defendants Sedgwick CMS, Inc. ("Sedgwick"), Jeffrey Rose, and Leslie Lunsway is GRANTED as to Sedgwick and DENIED as to Rose and Lunsway; plaintiff's §1983 claim is dismissed with prejudice as to Sedgwick; and (4)

plaintiff's claims against defendant John McLaughlin are dismissed without prejudice.

IT IS FURTHER ORDERED that the Motion to Strike plaintiff's "common law" California state law tort claim for malicious prosecution, brought by defendants Sedgwick, Rose, and Lunsway pursuant to California's anti-SLAPP laws, is DENIED without prejudice.

IT IS FURTHER ORDERED that remaining defendants Anthony Colannino, Vittorio Racowaschi, Sedgwick, Rose, and Lunsway file answers to the Second Amended Complaint within 20 days of the date hereof.

DATED: 8/19/16

DALE S. FISCHER
United States District Judge