UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6485 DSF (FFM) | Date | February 27, 2017 |
|---|---|---|---|
| Title | *Pamela Tinky Mnyandu v. County of Los Angeles*, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO COMPLY WITH DISCOVERY ORDER AND FAILURE TO PROSECUTE**

On December 14, 2016, the Court issued an order granting motions to compel filed by defendants Colannino and Racowschi. The Court ordered plaintiff to respond to the discovery in question within 20 days of the order's date. (Docket No. 222.) On December 27, 2016, plaintiff moved to vacate the Court's order. (Docket No. 225.) On January 26, 2017, the Court denied plaintiff's motion, but extended the deadline for plaintiff to respond to the discovery to 20 days from the order's date. (Docket No. 233.)

The final day for plaintiff to respond to Colannino's and Racowschi's discovery was February 15, 2017. On February 24, 2017, counsel for defendants filed a declaration attesting that plaintiff had failed to respond to the discovery. (Docket No. 234.) Accordingly, plaintiff is ORDERED TO SHOW CAUSE within 20 days hereof why this action should not be dismissed under Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b).

IT IS SO ORDERED.

| | : |
|---|---|
| Initials of Preparer | JM |