UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA TINKY MNYANDU,<br><br>        Plaintiff,<br>v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>        Defendants. | No. CV 14-6485 DSF (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge (the "Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that (1) all of plaintiff's claims against defendants Anthony Colannino and Vittorio Racowschi are dismissed with prejudice; and (2) judgment against plaintiff shall be entered.

DATED: 4/23/18

                                                      DALE S. FISCHER
                                                    United States District Judge