UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA TINKY MNYANDU,<br><br>   Plaintiff,<br> v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>   Defendants. | No. CV 14-6485 DSF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by her Second Amended Complaint and that this action is dismissed with prejudice.

DATED: April 23, 2018

              DALE S. FISCHER
              United States District Judge